```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ASHLEY ELLIS,

                    Plaintiff,
                                              ORDER
        - against -
                                              21 Civ. 7391 (NRB)
CITY OF NEW YORK, BILL DE BLASIO,
DERMOT SHEA, TERENCE MONAHAN, ERIC
KONOSKI, and JOHN and JANE DOE 1
through 10 (the names John and Jane
Doe being fictitious, as the true
names are presently unknown),

                    Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         January 30, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE